August 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

KEVIN PREDERGAST AND JAMES INBODEN, Appellant

NO. 14-12-00206-CV                              V.

DANIEL J. HOFFMAN AND DANIEL J. HOFFMAN, LLC D/B/A DANIEL J. HOFFMAN & ASSOCIATES, FKA DANIEL J. HOFFMAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 9, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Kevin Predergast and James Inboden, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.